**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 6:22-cv-00351-ADA |

**NOTICE REGARDING AGREED EXTENSION TO RESPOND TO THE COMPLAINT**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated August 11, 2021, Defendant Apple Inc. hereby provides notice that the parties have agreed to an extension of time for Defendant to respond to the Complaint through and including June 13, 2022.

Dated: April 19, 2022

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 19, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel