## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

LIONRA TECHNOLOGIES LIMITED,

                  Plaintiff,

        v.

APPLE INC.,

                Defendant.

Case No.  6:22-cv-00351-ADA

**JURY TRIAL DEMANDED**

## CASE READINESS STATUS REPORT

Plaintiff Lionra Technologies Limited ("Lionra") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* date has not yet been proposed.

A trial date has not yet been proposed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 1, 2022. There has been one extension for Defendant to answer and/or respond to the Complaint, for a total of 45 days. On July 5, Plaintiff filed its First Amended Complaint. Dkt. 23.

## RESPONSE TO THE COMPLAINT

On June 13, 2022, Defendant responded to Plaintiff's Complaint by filing its Motion to Dismiss for failure to state a claim for infringement and injunctive relief. Dkt. 16. Defendant responded to the First Amended Complaint by filing another Motion to Dismiss on the same grounds. Dkt. 24.

## PENDING MOTIONS

Defendant's Motion to Dismiss the First Amended Complaint is pending. *See* Dkt. 24.

## RELATED CASES IN THIS JUDICIAL DISTRICT

- *Lionra Technologies Limited. v. Google LLC,* No. 6:21-cv-467-ADA (W.D. Tex.).

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings that involve the patent asserted in this case.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted 1 patent and a total of 33 claims. Plaintiff notes that the total number of claims asserted may change, stemming from Plaintiff's forthcoming Preliminary Infringement Contentions ("PICs"). The asserted patent is U.S. Patent No. 7,260,141.

## APPOINTMENT OF TECHNICAL ADVISER

The Parties defer to the Court on whether to appoint a technical advisor to the case to assit the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The Parties have no pre-*Markman* issues to raise at this time.

Dated: August 25, 2022

Respectfully submitted,

By: */s/ J. Stephen Ravel*

By: */s/ Reza Mirzaie*

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**

Reza Mirzaie (CA SBN 246953)
Marc A. Fenster (CA SBN 181067)

303 Colorado St Ste 2000
Austin, TX 78701-0022
Telephone: (512) 495-6429
Facsimile:(512) 495-6401
Email: steve.ravel@kellyhart.com

Alton L. Absher III (admitted in W.D. Tex.)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 607-7300
Facsimile:   (336) 607-7500
Email: aabsher@kilpatricktownsend.com

Steven D. Moore (admitted in W.D. Tex.)
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
Email: smoore@kilpatricktownsend.com

Mansi H. Shah (*pro hac vice* filed)
Gail D. Jefferson (*pro hac vice* filed)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1302 El Camino Real, Suite 175
Menlo Park, CA, USA, 94025
Telephone:  (650) 326-2400
Facsimile:   (650) 326-2422
Email: mansi.shah@kilpatricktownsend.com
Email: gjefferson@kilpatricktownsend.com

Amanda N. Brouillette (*pro hac vice* filed)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta , GA 30309-4528
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555
Email: abrouillette@kilpatricktownsend.com

Patrick Njeim (*pro hac vice* filed)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone:  (206) 467-9600
Facsimile:   (206) 623-6793
Email: pnjeim@kilpatricktownsend.com

Neil A. Rubin (CA SBN 250761)
Jonathan Ma (CA SBN 312773)
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991
Email:     rmirzaie@raklaw.com
           mfenster@raklaw.com
           nrubin@raklaw.com
           jma@raklaw.com

*Attorneys for Plaintiff*
**Lionra Technologies Limited**

*Attorneys for Defendant*
**Apple Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through

CM/ECF on August 25, 2022.

*/s/ Reza Mirzaie*
Reza Mirzaie
