AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | ) | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:22-cv-00351-ADA |
| APPLE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED                                                                                          .

Date:     09/06/2021                                                            /s/ Brett E. Cooper
                                                                                          *Attorney's signature*

                                                                            Brett E. Cooper SBN BC6256
                                                                                *Printed name and bar number*

                                                                                    BC LAW GROUP, P.C.
                                                                            200 Madison Avenue, 24th Floor
                                                                                    New York, NY 10016
                                                                                          *Address*

                                                                                    bcooper@b-clg.com
                                                                                      *E-mail address*

                                                                                      (516) 359-9668
                                                                                    *Telephone number*

                                                                                      *FAX number*

Print          Save As...                                                                                              Reset