AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| LIONRA TECHNOLOGIES LIMITED | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  6:22-cv-00351-ADA |
| APPLE INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED                                                                                                           .

Date:    10/03/2022                                                                /s/ Seth Hasenour
                                                                                        *Attorney's signature*

                                                                                Seth Hasenour SBN 24059910
                                                                                *Printed name and bar number*

                                                                                BC LAW GROUP, P.C.
                                                                                200 Madison Avenue, 24th Floor
                                                                                New York, NY 10016
                                                                                *Address*

                                                                                shasenour@b-clg.com
                                                                                *E-mail address*

                                                                                (212) 951-0100
                                                                                *Telephone number*

                                                                                *FAX number*

Print       Save As...                                                                                        Reset