AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| LIONRA TECHNOLOGIES LIMITED | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:22-cv-00351-ADA |
| APPLE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED                                                                 .

Date:   10/03/2022

/s/ Drew Hollander
*Attorney's signature*

Drew Hollander SBN 5378096
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
*Address*

dhollander@b-clg.com
*E-mail address*

(212) 951-0100
*Telephone number*

*FAX number*

Print     Save As...     Reset