AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| LIONRA TECHNOLOGIES LTD. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:22-cv-00351-ADA |
| APPLE INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LTD.                                                             .

Date:    10/06/2022

/s/ Jonathan Yim
*Attorney's signature*

Jonathan Yim SBN 5324967
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016

*Address*

jyim@b-clg.com
*E-mail address*

(212) 951-0100
*Telephone number*

*FAX number*

Print     Save As...                                                                 Reset