# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>           Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 6:22-cv-00351-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF PENDING VENUE DISCOVERY

On September 28, 2022, defendant Apple Inc. ("Apple") filed an opposed motion to transfer venue to the Northern District of California. Dkt. No. 31. Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.2 – Patent Cases dated September 16, 2022, plaintiff Lionra Technologies Limited ("Lionra") served initial venue discovery on Apple on October 12, 2022. In accordance with the Standing Order, Lionra will file its response to Dkt. No. 31 no later than two weeks after the completion of venue discovery.

Dated: October 12, 2022

Respectfully submitted,

By: */s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC L**AW **G**ROUP**, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: (212) 951-0100

*Attorneys for Plaintiff Lionra Technologies Limited*

3

**CERTIFICATE OF SERVICE**

     I certify that this document is being served upon all counsel of record through the Court's CM/ECF system on October 12, 2022.

*/s/ Brett Cooper*
Brett E. Cooper
