# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 6:22-cv-00351-ADA |

## AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Amended Deadline | Item |
|---|---|---|
| November 2, 2022 | January 11, 2023 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| November 16, 2022 | January 25, 2023 | Parties exchange claim terms for construction. |
| November 30, 2022 | February 8, 2023 | Parties exchange proposed claim constructions. |
| December 7, 2022 | February 15, 2023 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the |

| | | witness's expected testimony.[1] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
|---|---|---|
| December 14, 2022 | February 22, 2023 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| December 21, 2022 | March 1, 2023 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| January 11, 2023 | March 22, 2023 | Plaintiff files Responsive claim construction brief. |
| January 18, 2023 | March 29, 2023 | For pending inter-district venue transfer motions, the moving party to provide the Court with a status report with respect to whether the motion(s) has been fully briefed and ready for resolution no later than four weeks prior to the date of the Markman hearing that is scheduled in that case |
| January 25, 2023 | April 5, 2023 | Defendant files Reply claim construction brief. Parties to jointly email the law clerks to confirm their *Markman* date. Parties to jointly email the Court's law clerk (see OGP at 1) if any venue or jurisdictional motions remain unripe for resolution. |
| February 8, 2023 | April 19, 2023 | Plaintiff files Sur-Reply claim construction brief. |
| February 14, 2023 | April 25, 2023 | Parties submit Joint Claim Construction Statement. *See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| February 15, 2023 | April 26, 2023 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[2] |
| February 22, 2023 | May 3, 2023 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| February 23, 2023 | May 4, 2023 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

---

[1] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.
[2] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| April 5, 2023 | June 14, 2023 | Deadline to add parties. |
|---|---|---|
| April 19, 2023 | June 28, 2023 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| June 14, 2023 | August 23, 2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| August 23, 2023 | November 1, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| September 20, 2023 | November 29, 2023 | Close of Fact Discovery |
| September 27, 2023 | December 6, 2023 | Opening Expert Reports |
| October 25, 2023 | January 10, 2024 | Rebuttal Expert Reports |
| November 15, 2023 | January 31, 2024 | Close of Expert Discovery |
| November 22, 2023 | February 7, 2024 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| December 6, 2023 | February 21, 2024 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| December 20, 2023 | March 6, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |

| January 10, 2024 | March 27, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures.<br><br>Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
|---|---|---|
| January 17, 2024 | April 3, 2024 | Serve objections to rebuttal disclosures and **File** Motions *in-limine*. |
| January 24, 2024 | April 10, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| January 31, 2024 | April 17, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| February 13, 2024 | April 30, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| February 16, 2024 | May 3, 2024 | **Final Pretrial Conference.** The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| March 4, 2024 | May 20, 2024 | **Jury Selection/Trial.** The Court expects to set this date at the conclusion of the *Markman* Hearing. |

SIGNED this _____ day of _____, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE