UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.  6:22-cv-00351-ADA<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiff Lionra Technologies Limited ("Lionra") requests that the Court permit withdrawal of Marc Fenster, Reza Mirzaie, Jonathan Ma, Neil Rubin, and Russ August & Kabat LLP as counsel of record and substitute the following attorneys as counsel of record:

>   Brett E. Cooper (NY SBN 4011011)
>   bcooper@bc-lawgroup.com
>   Seth R. Hasenour (TX SBN 24059910)
>   shasenour@bc-lawgroup.com
>   Jonathan Yim (NY SBN 5324967)
>   jyim@bc-lawgroup.com
>   Drew B. Hollander (NY SBN 5378096)
>   dhollander@bc-lawgroup.com
>
>   **BC Law Group, P.C.**
>   200 Madison Avenue, 24th Floor
>   New York, NY 10016
>   212-951-0100 (Tel.)
>   646-293-2201 (Fax)

Counsel for BC Law Group, P.C. is already counsel of record and previously filed a Notices of Appearance.  Dkt. Nos. 28, 33, 34, and 36.  This motion is filed with the agreement of counsel and Lionra as set forth in the proposed orders attached hereto.  Defendant Apple Inc. does not oppose the motion.

Dated:  November 1, 2022                             Respectfully submitted,

By: */s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

*Attorneys for Plaintiff Lionra Technologies Limited*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement and this motion is unopposed.

*/s/ Brett Cooper*
Brett E. Cooper

### CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendant on November 1, 2022 via electronic service.

*/s/ Brett Cooper*
Brett E. Cooper