UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.  6:22-cv-00351-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING LIONRA'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE

Before the Court is Plaintiff Lionra Technologies Limited's ("Lionra") Unopposed Motion to Withdraw and Substitute Counsel. The Court, having considered same, is of the opinion that the motion should be GRANTED. It is therefore ORDERED that Marc Fenster, Reza Mirzaie, Jonathan Ma, Neil Rubin, and the law firm of Russ August & Kabat LLP are withdrawn as counsel of record and substituted with Brett Cooper, Seth Hasenour, Jonathan Yim, Drew Hollander and the law firm of BC Law Group, P.C.

SIGNED on this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE